**Dismissed and Opinion Filed December 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00849-CV

## DSM MANAGEMENT GROUP INC., Appellant
## V.
## CULINAIRE INTERNATIONAL, INC., Appellee

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-20-07194**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Evans
Opinion by Justice Pedersen, III

Stating the parties have resolved the claims between them, appellant has filed

a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a).

200849f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DSM MANAGEMENT GROUP
INC., Appellant

No. 05-20-00849-CV     V.

CULINAIRE INTERNATIONAL,
INC., Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-20-07194.
Opinion delivered by Justice
Pedersen, III. Justices Partida-
Kipness and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Culinaire International, Inc. recover its costs, if any, of this appeal from appellant DSM Management Group Inc.

Judgment entered this day 7th of December, 2020.